UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 06 2019
WILLIAM W. BLEVINS
CLERK

JORGE GOMEZ,

Plaintiff

NUMBER: 19-11803

SECTION: E (1)

-vs-

JUDGE:

JOHN GALMAN,

Defendant

MAGISTRATE:

## MOTION FOR EXTENSION OF TIME TO RESPOND

I, John Galman, respectfully request an extension for a period of thirty (30) days to obtain adequate legal counsel.

Dated: 9/6/2019

John Galman
4840 HWY 22 #8203
Mandeville, LA 70471
954-695-5512

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Certificate of Service I hereby certify that I have served a copy of this document on all counsel for record either in person or by mailing it postage prepaid on this

____6____ day of ___September___, 20_19_

_____
Signature