UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JORGE GOMEZ** | * | NO. 19-11803 |
| | * | |
| **VERSUS** | * | CIVIL ACTION |
| | * | |
| **THE CITY OF NEW ORLEANS, JOHN GALMAN, and SPENCER SUTTON** | * * * | SECTION "M" (1) |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Extension of Time to Respond (R. Doc. 15),

**IT IS ORDERED** that defendant John Galman's Motion for Extension of Time to Respond is hereby **GRANTED,** and this defendant is afforded until October 6, 2019 to file responsive pleadings.

New Orleans, Louisiana, this 10th day of September, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE