UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE GOMEZ | CIVIL ACTION |
| VERSUS | NO. 19-11803 |
| THE CITY OF NEW ORLEANS, JOHN GALMAN, and SPENCER SUTTON | SECTION M (1) |

Considering plaintiff's motion for extension of time (R. Doc. 26), to which no objection was filed,[1]

IT IS ORDERED that the motion is GRANTED. Plaintiff is granted an additional fourteen (14) days, through and until January 27, 2020, to file a motion to seek leave of court to file an amended complaint.

New Orleans, Louisiana, this 16th day of January, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] The Court set the deadline to file any opposition for January 14, 2020. R. Doc. 28.