## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JORGE GOMEZ** | * | NO. 19-cv-11803 |
| | * | |
| **VERSUS** | * | SECTION: "M-01" |
| | * | |
| **THE CITY OF NEW ORLEANS,** | * | HON. BARRY W. ASHE |
| **JOHN GALMAN and SPENCER** | * | |
| **SUTTON** | * | MAG. JANIS VAN MEERVELD |

* * * * * * * * * * * * * * * * * * * * * * *

## THE CITY OF NEW ORLEANS' FRCP RULE 6(b)(1)(A) MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes the **City of New Orleans** ("City"), who respectfully requests that this Honorable Court grants a fourteen (14) day extension of time to file the City's response to Plaintiff's Amended Complaint (Rec. Doc. 32) pursuant to FRCP Rule 6(b)(1)(A). As explained more fully in the attached memorandum, the City's response is due on Tuesday, February 11, 2020. The City needs more time to further investigate this matter in order to provide an adequate response to Plaintiff's Amended Complaint.

**WHEREFORE**, the City prays that this Honorable Court grant the City's Motion for Extension of Time extending the February 11, 2020 deadline fourteen (14) days with responsive pleadings due on or before February 25, 2020.

                        Respectfully submitted:

                        */s/ Megan A. Haynes*
                        **MEGAN A. HAYNES, LSB #37158**
                        ASSISTANT CITY ATTORNEY
                        **CORWIN ST. RAYMOND, LSB #31330**
                        DEPUTY CITY ATTORNEY
                        **CHURITA H. HANSELL, LSB #25694**

CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
SENIOR CHIEF DEPUTY CITY ATTORNEY
**SUNNI J. LEBEOUF, LSB #28633**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for plaintiffs via e-filing and/or U.S. Mail this **10th** day of **February 2020.**

*/s/ Megan A. Haynes*
**MEGAN A. HAYNES**