## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE GOMEZ, | ) CIVIL ACTION NO: 19-cv-11803 |
| Plaintiff, | ) SECTION: M |
| v. | ) |
| | ) JUDGE: BARRY W. ASHE |
| THE CITY OF NEW ORLEANS, JOHN GALMAN, and SPENCER SUTTON, | ) MAGISTRATE: JANIS VAN MEERVELD |
| Defendants. | ) |

## **ORDER**

Considering plaintiff's Unopposed Motion for Continuation of Noticed Submission Date to March 26, 2020 (R. Doc. 39);

IT IS ORDERED that the motion is GRANTED.

The noticed submission date on the Motion to Dismiss Pursuant to FRCP 12(b)(6) (R. Doc. 38) filed by defendant The City of New Orleans is March 26, 2020, at 10:00 a.m.

New Orleans, Louisiana, this 2nd day of March, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE