UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JORGE GOMEZ                                                   CIVIL ACTION

VERSUS                                                        NUMBER: 19-11803

THE CITY OF NEW ORLEANS,                                      SECTION: M (1)
JOHN GALMAN, and
SPENCER SUTTON

# J U D G M E N T

In accordance with the Court's Orders and Reasons (R. Docs. 46, 53, and 58);

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's claims against the City of New Orleans brought under 42 U.S.C. § 1983 (Count I), and under Louisiana law for intentional infliction of emotional distress (Count IV), negligent hiring (Count V), negligent retention and supervision (Count VI), and vicarious liability (Count VII) are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the plaintiff's claims against Spencer Sutton brought under 42 U.S.C. § 1983 (Count II) are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the plaintiff's claims against John Galman brought under 42 U.S.C. § 1983 (Count II) are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court declines to exercise supplemental jurisdiction over Jorge Gomez's remaining state-law claims (Counts III, IV, and VIII), and such claims are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 16th day of July 2020.

                                                        _____
                                                        BARRY W. ASHE
                                                        UNITED STATES DISTRICT JUDGE