UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE GOMEZ | CIVIL ACTION |
| VERSUS | NO. 19-11803 |
| THE CITY OF NEW ORLEANS, JOHN GALMAN, and SPENCER SUTTON | SECTION M (1) |

# ORDER

Before the Court is a motion to dismiss plaintiff's claims against deceased defendant Spencer Sutton, or alternatively, to require plaintiff to substitute the proper legal successor.[1] In response, plaintiff filed an opposition to the motion[2] and a motion to substitute Sutton with his estate.[3] Considering the motion to dismiss and plaintiff's responsive filings,

IT IS ORDERED that the motion (R. Doc. 77) is DENIED as to dismissing Sutton, and DISMISSED AS MOOT as to ordering plaintiff to file a motion to substitute.

New Orleans, Louisiana, this 2nd day of June, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 77.
[2] R. Doc. 78.
[3] R. Doc. 79.