UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE GOMEZ | CIVIL ACTION |
| VERSUS | NO. 19-11803 |
| THE CITY OF NEW ORLEANS, JOHN GALMAN, and SPENCER SUTTON | SECTION M (1) |

# ORDER

Considering plaintiff's motion to substitute deceased defendant Spencer Sutton with Lowell Scott Sutton as the personal representative of the estate of Spencer Sutton,[1] and defendants' failure to oppose the motion,

IT IS ORDERED that the motion (R. Doc. 79) is GRANTED and that Spencer Sutton is replaced as defendant with "Lowell Scott Sutton as the personal representative of the estate of Spencer Sutton."

New Orleans, Louisiana, this 16th day of June, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 79.