## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE GOMEZ, | ) CIVIL ACTION NO: 19-cv-11803 |
| | ) |
| Plaintiff, | ) SECTION: M |
| v. | ) |
| | ) JUDGE: BARRY W. ASHE |
| THE CITY OF NEW ORLEANS, JOHN GALMAN, and LOWELL SCOTT SUTTON, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SPENCER SUTTON | ) ) MAGISTRATE: JANIS VAN MEERVELD ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF UNAVAILABILITY

COMES NOW, the undersigned attorney, Diana L. Fitzgerald, to hereby notify this Court and all counsel of record that the undersigned will be out of the country and out of jurisdiction from August 17, 2022, through and including August 29, 2022, and respectfully requests that no party set any hearings, file any motions, discovery or pleadings that require a timely response during this period of time.

Dated: August 9, 2022						By:	/s/Diana L. Fitzgerald
								Diana L. Fitzgerald, Esq. (FLSBN 15228)
								Email: Diana@FILawyers.com
								David C. Isaacson, Esq. (FLSBN 81691)
								Email: David@FILawyers.com
								FITZGERALD & ISAACSON, LLP
								1701 Ponce De Leon Boulevard, Suite 200
								Miami, FL 33134
								Telephone: (305) 372-7300
								Facsimile: (305) 447-0043
								(*Counsel admitted Pro Hac Vice*)

								And

								Jarrett Adams, Esq. (NYSBN 5455712)
								Email: Jadams@JarrettAdamsLaw.com
								THE LAW OFFICES OF JARRETT ADAMS, PLLC.
								40 Fulton Street, Floor 23
								New York, NY 10038
								Telephone: (646) 880-9707
								Facsimile: (646) 880-9707
								(*Counsel admitted Pro Hac Vice*)

								And

								Bradley J. Schlotterer, Esq. (LASBN 24211)
								Email: Brad.Schlotterer@keanmiller.com
								Sean T. McLaughlin, Esq. (LASBN 31870)
								Email: Sean.McLaughlin@keanmiller.com
								Zoe W. Vermeulen, Esq. (LASBN 34804)
								Email: Zoe.vermeulen@keanmiller.com
								KEAN MILLER, LLP
								909 Poydras Street, Suite 3600
								New Orleans, LA 70112
								Telephone: (504) 620-3354
								Facsimile: (504) 585-3051
								(*Local Counsel*)

								*Attorneys for Plaintiff Jorge Gomez*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August 2022, the above and foregoing has been served electronically on all counsel of record, and by U.S. mail and electronically to all *pro se* parties on the Service List below.

/s/Diana L. Fitzgerald

## SERVICE LIST

Corwin St. Raymond (LASBN 31330)
Email: cmstraymond@nola.gov
Churita H. Hansell (LASBN 25694)
Email: chhansell@nola.gov
Donesia D. Turner (LASBN 23338)
Email: donesia.turner@nola.gov
City Attorney's Office
1300 Perdido St., Ste. 5E-03
New Orleans, LA 70112
**(Via Email)**

*Attorneys for Defendant*
*The City of New Orleans*

John Galman
2351 N. Williamson Boulevard, Apt 12306
Daytona Beach, FL 32117-5910
Emails: jngalman@yahoo.com
         jgalman3@gmail.com
**(Via Email and U.S. Mail)**

*Defendant*

Lowell Scott Sutton, Personal Representative of the Estate of Spencer Sutton
1330 Topkapi Drive
Westminster, MD 21157
**(Via U.S. Mail)**

*Defendant*