UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE GOMEZ | CIVIL ACTION |
| VERSUS | NO. 19-11803 |
| THE CITY OF NEW ORLEANS, *et al.* | SECTION M (1) |

**FINAL JUDGMENT**

This matter involves several federal and state-law claims brought by plaintiff Jorge Gomez against defendants the City of New Orleans (the "City") and former police officer John Galman. Gomez's federal claims against Galman for use of excessive force, brought under 42 U.S.C. § 1983, and state-law claims against the City for negligent training, supervision, or retention were tried by a jury over five days from September 11-15, 2023.[1] Following the jury's verdict on these claims,[2] the Court established a briefing schedule to address Gomez's remaining claims – brought under the Louisiana public records law – which were tried to the Court, not the jury.[3] In accordance with the jury's verdict dated September 15, 2023,[4] and the Court's findings of fact & conclusions of law dated March 1, 2024,[5]

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment against plaintiff, Jorge Gomez, and in favor of defendant, John Galman, as to the § 1983 claims brought against him, dismissing said claims with prejudice.

---

[1] R. Docs. 135; 136; 137; 138; 139.
[2] R. Doc. 141.
[3] R. Doc. 142.
[4] R. Doc. 141.
[5] R. Doc. 153.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment against plaintiff, Jorge Gomez, and in favor of defendant, the City, as to the state-law negligence claims brought against it, dismissing said claims with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Jorge Gomez, and against defendant, the City, in the amount of $17,085.00, for the City's violation of the Louisiana public records law.

New Orleans, Louisiana, this 4th day of March, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE